UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

BASILIO TITONE PIE,

        Petitioner,                    Case No. 1:25-cv-1564

v.                                           Hon. Hala Y. Jarbou

KRISTI NOEM et al.,

        Respondents.
_____/

## ORDER

On December 5, 2025, this Court conditionally granted plaintiff Basilio Pie's petition for habeas corpus and ordered Secretary Noem and the other respondents to provide Pie a bond hearing or release him immediately. (ECF No. 9.) In status reports filed on December 12 and December 16, the respondents (ECF No. 10) and Pie (ECF No. 11) gave conflicting accounts of whether Pie was afforded a bond hearing consistent with due process. In particular, it is unclear to the Court whether Pie knowingly withdrew his request for a bond hearing, or if the request was intended to delay the hearing until Pie could secure the attendance of his attorney. Accordingly,

**IT IS ORDERED** that the parties shall file a transcript (or, if unavailable, a recording) of Basilio Pie's immigration hearing held on December 12, 2025, with this Court as soon as practicable.

Dated: December 23, 2025                  /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                            CHIEF UNITED STATES DISTRICT JUDGE